UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED FINANCIAL CASUALTY
COMPANY,
*d/b/a Progressive Insurance Company*,

      Plaintiff,

v.

KILIMANJARO, LLC,
ROBERT MABEYA,
ELIJAH OMWENO,
THOMAS P. VELURE and
ANTONIA F. VELURE,
*Representatives of the*
*Estate of Joel Kasper Velure*,

      Defendants.

CIVIL NO. 15-3640 (MJD/JSM)

ORDER

The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 13, 2016. Defendants object to the recommendation that the Court deny their motion for abstention and dismissal.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED that the Motion of Defendants Thomas P. Velure and Antonia F. Velure for Abstention and Dismissal [Docket No. 19] is **DENIED**.

Dated:     August 31, 2016                s/ Michael J. Davis
                                                                                   MICHAEL J. DAVIS
                                                                                   United States District Court